UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,                )
                                  Plaintiff,          )
                                                     )          No. 1:26-cv-1471
-v-                                                  )
                                                     )          Honorable Paul L. Maloney
GOOGLE, INC., *et al.*,                          )
                                  Defendants.     )
                                                     )

## JUDGMENT

The court has dismissed all pending claims and, therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    June 10, 2026                                    /s/  Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge